SCWC-30006

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the Application of
THE TRUSTEES UNDER THE WILL AND OF THE
ESTATE OF JAMES CAMPBELL, DECEASED,
to register and confirm title to land
situated at Kahuku, District of Ko'olau Loa,
City and County of Honolulu, State of Hawai'i.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30006; LAND COURT NO. 08-0054, APPLICATION NO. 1095)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Respondent-Appellant State of Hawaii's

application for writ of certiorari filed on October 4, 2013, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 13, 2013.

Julie H. China,
Linda L.W. Chow, and
William J. Wynhoff
for petitioner

Mark K. Murakami,
Jennifer A. Benck, and
William M. Harstad
for respondent James
Campbell Company LLC

Lani L. Ewart and
Regan M. Iwao for
respondent Continental
Pacific, LLC

Barry A. Sullivan and
James J. Bickerton
for respondent
James C. Reynolds, Inc.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

